UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENNETH LEHMAN,

    Plaintiff,

v.                                            Case No: 2:15-cv-138-FtM-38DNF

CHASE BANK USA, N.A.,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on Plaintiff's Motion to Strike Chase's Answer to the Complaint and Motion to Declare Lehman's Contract Complete and Enforceable[2] (Doc. #14) filed on April 13, 2015. Federal Rule of Civil Procedure 12(f) allows a court to "strike from a pleading an insufficient defense or redundant, immaterial, impertinent, or scandalous matter." To that end, Fed. R. Civ. P. 7(a) defines a pleading as "(1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim designated as a counterclaim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) . . . a reply to an answer." Noticeably absent from this

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] Plaintiff titles his Motion as a "Motion to Strike Chase's Answer to the Complaint and Motion to Declare Lehman's Contract Complete and Enforceable." However, Defendant Chase Bank USA, N.A., has not filed an answer to Plaintiff's Complaint. Instead, Defendant has filed a Motion to Dismiss (Doc. #9). A review of the instant Motion reveals, and the Court will construe it as, the Plaintiff asking the Court to strike Defendant's Motion to Dismiss. Therefore, the Court will address the instant Motion by its requested relief, rather than its improper title.

list, however, is a motion to dismiss. Therefore, because a motion to dismiss is not a pleading that can be stricken pursuant to Rule 12(f), Plaintiff's Motion must be denied. *See* In re Advanced Telecomm. Network, Inc., Case No. 6:03-BK-299-KSJ, 2010 WL 4363182, at *1 (M.D. Fla. May 10, 2010) (denying the plaintiff's motion to strike because a motion to dismiss is not a pleading, as defined by the Federal Rules of Civil Procedure).

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion to Strike Defendant's Motion to Dismiss (Doc. #14) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida, this 7th day of May, 2015.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record